LAUREL HEADLEY (CA SBN 152306)
ARGUEDAS, CASSMAN & HEADLEY
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510.845.3000
Fax: 510.845.3003

Attorney for Defendant
DANIEL HERNANDEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 12–318 (CW) |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING TO JANUARY 14, 2013 |
| vs. | |
| JUAN TORRES, DANIEL HERNANEZ, | |
| Defendants. | |

Defendants JUAN TORRES and DANIEL HERNANDEZ are scheduled to be sentenced on January 7, 2013.  Counsel for Mr. HERNANDEZ will be out of the office between Christmas and New Years and unable to timely file a sentencing memorandum on behalf of Mr. HERNANDEZ.  Therefore, counsel for Mr. HERNANDEZ requests a one week continuance of the sentencing hearings for Mr. TORRES and Mr. HERNANDEZ.

Both Ned Smock, counsel for Mr. TORRES and Andrew Scoble, counsel for the government agree to this continuance and United States Probation Officer Michelle Nero is available on January 14, 2013.

Accordingly, the parties hereby stipulate that the sentencing hearing in the above-entitled matter as to both defendants TORRES and HERNANDEZ be continued

1   from January 7, 2013 to January 14, 2013 at 2:00 p.m.

2   November 26, 2012                              /s/
3                                                  LAUREL HEADLEY
                                                   Attorney for Daniel Hernandez
4

5   November 26, 2012                              /s/
                                                   NED SMOCK
6                                                  Assistant Federal Public Defender
                                                   Attorney for Juan Torres
7

8   November 26, 2012                              /s/
                                                   ANDREW SCOBLE
9                                                  Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING TO 1/14/13

2

**ORDER**

Based on the foregoing stipulation of the parties and for good cause appearing,

**IT IS HEREBY ORDERED** that the sentencing hearing as to both defendants TORRES and HERNANDEZ is continued to January 14, 2013 at 2:00 p.m.

DATED: November 27, 2012

_____
THE HONORABLE CLAUDIA WILKEN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER
CONTINUING SENTENCING TO 1/14/13

3