STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   415.436.7700
Facsimile:    415.436.7706
Email:         Shilpi_Agarwal@fd.org

Counsel for Defendant Juan Carlos Torres

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JUAN CARLOS TORRES, Defendant. | No. CR 12-318 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 752** |
|---|---|

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:  23

   Criminal History Category:  II

   Guideline Range: 51 to 63 months

*3582 STIP*, CR 12-318
DEF. TORRES                                             1

Mandatory Minimum: N/A

3. Defendant was sentenced to 51 months imprisonment on January 28, 2013.

4. According to the Bureau of Prisons, Defendant's current projected release date is March 8, 2016.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 752, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level: 21

   Criminal History Category:  II

   Guideline Range: 41 to 51 months

   Mandatory Minimum: N/A

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's term of custody to 41 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 752 of the Sentencing Guidelines Manual.  The parties agree that a proposed amended judgment will be submitted to the Court, along with the Sentencing Reduction Investigation Report.

IT IS SO STIPULATED.

November 6, 2013                                              /s/
_____          _____
DATED                                    MELINDA L. HAAG
                                                United States Attorney
                                                J. DOUGLAS WILSON
                                                Assistant United States Attorney
                                                Northern District of California


November 6, 2013                                              /s/
_____          _____
DATED                                    STEVEN G. KALAR
                                                Federal Public Defender
                                                SHILPI AGARWAL
                                                Assistant Federal Public Defender
                                                Northern District of California


IT IS SO ORDERED


   11/7/2014                                  [signature]
_____          _____
DATED                                    Hon. Claudia Wilken
                                                Chief United States District Judge

*3582 STIP*, CR 12-318
DEF. TORRES                                3